NO. _____

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

Craig Vickers # 1925934
V.                                              Court of Appeals No. 06-14-00072-CR
State Of Texas

MOTIONS FOR AN EXTENSION OF TIME TO FILE AND TO SUSPEND T.R.A.P. 9.3(b)


Per T.R.A.P. rules above-mentioned, petitioner hereby requests an extension of 90 days to file his petiton for discretionary review and to reduce/suspend the number of copies for documents filable and in support thereof would show this Honorable Court the facts that petitioner is a prisoner incarcerated in TDCJ with no access to a copier, proceeding pro se and informa pauperis and without legal education.

WHEREFORE the petitioner prays this Honorable Court grant these motions needed to perfect appeal and not designed to delay.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 14 2015

Abel Acosta, Clerk

respectfully submitted,

Kenneth                  Craig Vickers # 1925934
                         telford Unit
                         3899 State Hwy 98
                         New Boston,TX.75570


FILED IN
COURT OF CRIMINAL APPEALS

MAY 14 2015

Abel Acosta, Clerk